IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR100 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CHRISTINA PONCE, | ) | |
| ARTURO SANCHEZ, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Motion of the United States (Filing No. 127), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against CHRISTINA PONCE and ARTURO SANCHEZ only.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 127) is granted.

Dated this 26th day of August, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge